### DENNIS v. COLLEY.

FISH, J. A judgment rendered by default in a suit upon a promissory note may, even after an execution has been issued upon the same and property sold thereunder, be amended so as to make it conform to the pleadings in the case wherein such judgment was rendered. *Alexander* v. *Troutman,* 1 *Ga.* 469 ; *Irby* v. *Brown,* 59 *Ga.* 596 ; *Dixon* v. *Mason,* 68 *Ga.* 478. See also *Williams* v. *Merritt,* 109 *Ga.* 217.

*Judgment affirmed. All the Justices concurring, except Little, J., absent.*

Argued October 8,—Decided October 30, 1900.

Motion to amend judgment. Before Judge Freeman. City court of Newnan. January term, 1900.

*L. M. Farmer,* for plaintiff in error.

*W. A. Post, W. G. Post, W. C. Wright,* and *S. R. Atkinson,* contra.